UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MECCA & SONS TRUCKING CORP., <br><br> Plaintiff, <br><br> v. <br><br> WHITE ARROW, LLC; TRADER JOE'S COMPANY, INC.; ABC CORPORATIONS 1-5 (said names being fictitious); and JOHN DOES 6-10 (said names being fictitious), <br><br> Defendants. | Civil Action No. 14-7915 (SRC)(CLW) <br><br> **ORDER AND JUDGMENT** |

<u>CHESLER, District Judge</u>

THIS MATTER having come before the Court upon the motion of Plaintiff Mecca & Sons Trucking Corp. ("Plaintiff") for partial summary judgment on the issue of damages against Defendant White Arrow, LLC, ("Defendant"), pursuant to Federal Rule of Civil Procedure 56 (ECF No. 68); the Court having considered the parties' submissions, for the reasons set forth in the accompanying Opinion, and for good cause shown;

**IT IS** on this 11th day of September, 2017;

**ORDERED** that Plaintiff's motion for partial summary judgment (ECF No. 68) be and hereby is GRANTED; and it is further

**ORDERED** that judgment be entered in favor of Plaintiff against Defendant in the amount of $81,181.16; and it is further

**ORDERED** that this case be and hereby is closed.

                                                                     /s Stanley R. Chesler
                                                                   STANLEY R. CHESLER
                                                                United States District Judge