UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MECCA & SONS TRUCKING CORP., <br><br> Plaintiff, <br><br> - against- <br><br> WHITE ARROW, LLC, TRADER JOE'S COMPANY, INC., ABC CORPORATIONS 1-5 (said names being fictitious), and JOHN DOES 6-10 (said names being fictitious), <br><br> Defendants. | **Case No. 2:14-cv-07915-SRC-CLW** <br><br> Hon. Stanley R. Chesler, U.S.D.J. |

## NOTICE OF APPEAL TO THE
## U. S. COURT OF APPEALS FOR THE THIRD CIRCUIT

NOTICE is hereby given that Defendant, White Arrow, LLC (hereinafter "White Arrow"), appeals to the United Stated Court of Appeals for the Third Circuit from the Order [Dkt. # 73] of the Hon. Stanley R. Chesler, U.S.D.J., dated September 11, 2017, and the underlying Opinion [Dkt.# 72] of the Hon. Stanley R. Chesler, U.S.D.J., dated September 11, 2017, which granted Plaintiff Mecca & Sons Trucking Corp's Motion for Summary Judgment.

Dated: September 26, 2017

By: s/ Kenneth A. Olsen
Kenneth A. Olsen
33 Philhower Road
Lebanon, New Jersey 08833
Phone: (908) 832-9207
     -and-
Barry N. Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, N.Y. 10507
(212) 983-1466
Attorneys for Defendant White Arrow, LLC

To:

Barry, McTiernan & Wedinger, P.C.
Richard W. Wedinger, Esq.
10 Franklin Avenue
Edison, New Jersey 08837
*Attorneys for Plaintiff*

Fishman McIntyre, P.C.
Christopher E. McIntyre, Esq.
120 Eagle Rock Avenue
East Hanover, New Jersey 07936
*Attorneys for Defendant
Trader Joe's Company, Inc.*